**1114**

Carvis KEYS, Appellant, v. STATE of Texas, Appellee. (No. 12638.)

Court of Criminal Appeals of Texas. Oct. 30, 1929.

Jack Blalock, of Marshall, for appellant.
John E. Taylor, Co. Atty., of Marshall, and A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is selling intoxicating liquor; the punishment, confinement in the penitentiary for one year.

It is made to appear by proper affidavit that, since perfecting his appeal, appellant has died.

The appeal is abated.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

B. E. KIMBRELL v. STATE. (No. 13112.)

Court of Criminal Appeals of Texas. Nov. 6, 1929.

D. T. Moore, of Hillsboro, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The conviction is for the unlawful possession of intoxicating liquor for the purpose of sale; punishment fixed at confinement in the penitentiary for a period of one year.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is ordered dismissed.

Jake LANCASTER v. STATE. (No. 13173.)

Court of Criminal Appeals of Texas. Nov. 13, 1929.

E. A. Watson, of Crosbyton, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for forgery; punishment, two years in the penitentiary.

We find in this record the sworn application of appellant seeking to have his appeal dismissed. The appeal is accordingly dismissed upon application of the appellant.

Turner LONG v. STATE. (No. 13149.)

Court of Criminal Appeals of Texas. Nov. 6, 1929.

A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is possessing intoxicating liquor for the purpose of sale; the punishment, confinement in the penitentiary for one year.

Upon the written request of appellant, duly verified by his affidavit, the appeal is dismissed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

Garfield McKNIGHT, Appellant, v. STATE of Texas, Appellee. (No. 13094.)

Court of Criminal Appeals of Texas. Oct. 30, 1929.

William Caven, of Marshall, for appellant.
John E. Taylor, Co. Atty., and Benjamin Woodall, Asst. Co. Atty., both of Marshall, and A. A. Dawson, State's Atty., of Austin, for the State.

CHRISTIAN, J. The offense is transporting intoxicating liquor; the punishment, confinement in the penitentiary for one year.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.